IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION


J.D. ASHLEY, SR. FAMILY LIMITED
PARTNERSHIP; RICHARD H. ASHLEY
AND J.D. ASHLEY, JR.                                                                    PLAINTIFFS

V.                                      NO. 4:09CV00833  JMM

VALLEY FORGE INSURANCE COMPANY
AND CONTINENTAL CASUALTY
COMPANY                                                                                 DEFENDANTS


**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this __11__ day of May, 2010.


_____
James M. Moody
United States District Judge